LATHAM & WATKINS LLP
  Daniel M. Wall (Bar No. 102580)
    dan.wall@lw.com
  Timothy L. O'Mara (Bar No. 212731)
    tim.o'mara@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California  94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.*

[Additional Counsel Listed on Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MESSING and SCOTT FORSCHEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>TICKETMASTER L.L.C., a Virginia Corporation, LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendants. | Case No. 2:18-cv-09386-GW-GJS<br><br>**FURTHER JOINT STATUS REPORT** |

Pursuant to the Court's Order on Joint Stipulation to Stay Case Pending Resolution of Motion to Compel Arbitration in Related Case (ECF No. 20) ("Stay Order") and the prior Joint Status Report (ECF No. 21), Defendants Ticketmaster LLC and Live Nation Entertainment, Inc. and Plaintiffs Victoria Messing and Scott Forschein hereby submit the following Further Joint Status Report.

In accordance with the Stay Order, the parties met and conferred on March 25, 2019 regarding next steps in light of the Court's ruling in *Dickey v. Ticketmaster, LLC*, No. 2:18-cv-09052 (C.D. Cal.). Thereafter, on April 1, 2019, the United States District Court for the Northern District of California granted Defendants' motion to compel arbitration in another, similar case. *See* Order Granting Motion to Compel Arbitration, *Lee v. Ticketmaster L.L.C.*, No. 3:18-cv-05987-VC (N.D. Cal. Apr. 1, 2019), ECF No. 44 (Chhabria, J.). To allow the parties sufficient time to meet and confer regarding the implications of both the *Dickey* and *Lee* orders, the parties agree that this case should remain stayed until April 15, 2019, on which date the parties will provide a further joint status update to the Court.

[*Signatures on following page*]

| | | |
|---|---|---|
| Dated: April 3, 2019 | | Respectfully Submitted, |
| | | LATHAM & WATKINS LLP |
| | By: | /s/ Timothy L. O'Mara |
| | | Timothy L. O'Mara (Bar No. 212731) |
| | | 505 Montgomery Street, Suite 2000<br>San Francisco, California 94111-6538<br>Telephone: +1.415.391.0600<br>Facsimile: +1.415.395.8095<br>tim.o'mara@lw.com |
| | | *Attorneys for Defendants Ticketmaster LLC and Live Nation Entertainment, Inc.* |
| Dated: April 3, 2019 | | STULL, STULL & BRODY |
| | By: | /s/ Melissa R. Emert |
| | | Melissa R. Emert (*pro hac vice*) |
| | | 6 East 45th Street<br>New York, NY 10017<br>Telephone: (212) 687-7230<br>Facsimile: (212) 490-2022<br>memert@ssbny.com |
| | | Gayle M. Blatt (Bar No. 122048)<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT &<br>PENFIELD, LLP<br>110 Laurel Street<br>San Diego, CA 92101<br>Telephone: (619) 238-1811<br>Facsimile: (619) 544-9232<br>gmb@cglaw.com |
| | | *Attorneys for Plaintiffs Victoria Messing and Scott Forschein* |

**ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Further Joint Status Report. Pursuant to Civil Local Rule 5-4.3.4(a)(2), I, Timothy L. O'Mara, attest that concurrence in the filing of this document has been obtained.

Dated: April 3, 2019

*/s/ Timothy L. O'Mara*
Timothy L. O'Mara