David S. Casey, Jr., SBN 060768
*dcasey@cglaw.com*
Gayle M. Blatt, SBN 122048
*gmb@cglaw.com*
Jeremy Robinson, SBN 188325
*jrobinson@cglaw.com*
P. Camille Guerra, SBN 326546
*camille@cglaw.com*
James M. Davis, SBN 301636
*jdavis@cglaw.com*
**CASEY GERRY SCHENK**
**FRANCAVILLA BLATT &**
**PENFIELD, LLP**
110 Laurel Street
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA MESSING AND SCOTT FORSCHEIN, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>TICKETMASTER L.L.C., a Virginia Corporation, LIVE NATION ENTERTAINMENT, INC., a Delaware Corporation,<br><br>Defendants. | Case No.: 2:18-cv-09386-GW-GJS<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiffs Victoria Messing and Scott Forschein (collectively, "Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the above-captioned action, without prejudice.

Defendants have neither answered Plaintiffs' operative complaint nor filed a motion for summary judgment. Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiffs may dismiss such defendants without a court order.

Dated: November 12, 2020

**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD, LLP**

By: /s/Gayle M. Blatt
GAYLE M. BLATT
Attorneys for Plaintiffs